\*\*Original filed 5/17/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL R. ROSENBERGER, | ) | No. C 06-2982 JF (PR) |
|         Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| JUDGE HILL, et al., | ) | |
|         Respondents. | ) | |

      Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2002 criminal conviction in Santa Barbara Superior Court.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

Order of Transfer
P:\pro-se\sj.jf\hc.06\Rosenberger982trans        1

1  Accordingly, this case is TRANSFERRED to the United States District Court for
2  the Central District of California. See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-
3  3(b)(1). The Clerk shall terminate all pending motions and transfer the entire file to the
4  Central District of California.

5  IT IS SO ORDERED.

6  DATED: 5/17/06

   JEREMY FOGEL
7  United States District Judge

1   A copy of this order was mailed to the following:

2

3   Paul R. Rosenberger
    V-24419
4   Taft CCF
    330 Commerce Way
5   Taft, CA  93268

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\hc.06\Rosenberger982trans          3